UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BRENT BAKER, ) | |
| ) | |
| Plaintiff, ) | Case No.:  3:13-CV-01826-KI |
| ) | |
| v. ) | ORDER AWARDING ATTORNEY |
| ) | FEES PER 28 USC 406(b) |
| ) | |
| CAROLYN COLVIN, Commissioner, ) | |
| Social Security Administration ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to 42 U.S.C. § 406(b), an attorney fee in the amount of $20,936.25 is approved to Plaintiff. Credit will be taken for $5,909.00 previously paid in administrative fees and $3,972.15 paid for EAJA fees. It is ordered that an attorney fee of $11,055.10 will be paid to Plaintiff's attorney.

IT IS SO ORDERED this 24th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                           Date: August 24, 2015

_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Brent Baker

Page 5 – PETITION FOR ATTORNEY FEES